IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA, :

    Plaintiff, : Case No. 3:12CR011

vs. : U. S. Magistrate Judge Michael R. Merz

MICHAEL C. HANDLON :

    Defendant. :

### ENTRY PLACING DEFENDANT ON PREJUDGMENT PROBATION

Upon Motion of Defendant Handlon, and for good cause shown, Defendant Handlon is placed on probation for a period of one (1) year pursuant to 18 U.S.C. § 3607(a). The Court finds that Defendant Handlon has not been convicted of violating a federal or state law relating to controlled substances, nor has he been previously subject to disposition under this section.

The Court places Defendant Handlon on probation for a period of one (1) year under the Standard Conditions of Probation required in the United States District Court for the Southern District of Ohio, including the Special Conditions that Defendant Handlon: (1) participate in a substance abuse/treatment, either inpatient or outpatient, to include testing, at the direction of the probation officer; and (2) participate in any mental health assessment/treatment at the direction of the probation officer. The imposition of probation is entered without entering a judgment of conviction and the judgment in this matter will be held in abeyance pending Defendant Handlon's completion of the probationary period.

Date: July 23, 2012

Michael R. Merz
United States Magistrate Judge